

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00114-CR

_____

EX PARTE:  JOANNA GASPERSON

On Appeal from the 276th Judicial District Court
Marion County, Texas
Trial Court No. F1573

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

_____ Joanna Gasperson appeals pretrial orders denying her motion to set aside indictment for failure to afford constitutional right to speedy trial and pretrial application for writ of habeas corpus seeking relief from double jeopardy.

We addressed these issues in detail in our opinion of this date on Gasperson's appeal in companion cause number 06-08-00113-CR. For the reasons stated therein, we dismiss Gasperson's speedy trial interlocutory appeal filed before trial, conviction, and appeal for want of jurisdiction. Because we conclude that civil restitution does not constitute a criminal punishment to which jeopardy can attach, we affirm the trial court's ruling finding no violation of double jeopardy.


Bailey C. Moseley
Justice


Date Submitted:     November 10, 2008
Date Decided:       November 26, 2008

Do Not Publish